FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 MAR 20  PM 5 53

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ___14-CR-73-S___ |
| Plaintiff, | **Ct. 1**  **18 U.S.C. § 1708 (3rd Paragraph)** (Possession of Stolen Mail) |
| v. | |
| STEFANI COLLEEN RULAND, | **Ct. 2**  **18 U.S.C. §§ 1028(a)(7) and (b)(1)(D)** (Unlawful Use of a Means of Identification) |
| Defendant. | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 30, 2014, in the District of Wyoming, the Defendant, **STEFANI COLLEEN RULAND**, did knowingly and unlawfully have in her possession mail, namely, forty-eight pieces of mail containing personal and business checks and personal and business correspondence, that had been taken and stolen from authorized depositories for mail matter, knowing the same to have been unlawfully stolen and taken.

In violation of 18 U.S.C. § 1708 (3rd Paragraph).

### COUNT TWO

From on or about January 2, 2014, through and including January 30, 2014, in the District of Wyoming, the Defendant, **STEFANI COLLEEN RULAND**, did knowingly possess and use, in and affecting interstate commerce and without lawful authority, a means of

identification of another person, to wit, R. L. K., with the intent to commit unlawful activities

constituting a violation of state law, to wit, forgery in violation of Wyoming Statute § 6-3-

602(a)(ii), and by such conduct the Defendant obtained items of value aggregating $1,000 or

more during a one-year period.

In violation of 18 U.S.C. §§ 1028(a)(7) and (b)(1)(D).

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**       **STEFANI COLLEEN RULAND**

**DATE:**                 March 17, 2014

**INTERPRETER NEEDED:**   No

**PLACE OF TRIAL:**       The government, pursuant to Rule 18, F.R.Cr.P., with due
                          regard for the convenience of the defendant, any victim and
                          witnesses, and the prompt administration of justice, requests
                          trial be held in:

                          _____Cheyenne
                          __X__Casper
                          _____Lander
                          _____No Preference

**VICTIM:**               Yes

**SEAL CASE:**            No

**OFFENSE:**      Ct. 1   **18 U.S.C. § 1708 (3rd Paragraph)**
                          (Possession of Stolen Mail)

**PENALTIES:**            0-5 YEARS IMPRISONMENT
                          $250,000 FINE
                          3 YEARS SUPERVISED RELEASE
                          $100 SPECIAL ASSESSMENT

**OFFENSE:**      Ct. 2   **18 U.S.C. §§ 1028(a)(7) and (b)(1)(D)**
                          (Unlawful Use of a Means of Identification)

**PENALTIES:**            0-15 YEARS IMPRISONMENT
                          $250,000 FINE
                          3 YEARS SUPERVISED RELEASE
                          $100 SPECIAL ASSESSMENT

**TOTAL:**                **0-20 YEARS IMPRISONMENT**
                          **$500,000 FINE**
                          **3 YEARS SUPERVISED RELEASE**
                          **$200 SPECIAL ASSESSMENT**

**AGENT:**                Chris Lucas, USPIS

**AUSA:**                 Thomas Szott

| | |
|---|---|
| **ESTIMATED TIME OF TRIAL:** | 1-5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |